FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0712

Jane E. Cowley
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:  (406) 541-7414
Email:        jcowley@lairdcowley.com

Attorneys for Mary-Ellen Correia

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**DA-22-0712**

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>MARY-ELLEN CORREIA,<br><br>      Petitioner and Appellee,<br><br>  and<br><br>BENNIDICT MAJELLA MURPHY,<br><br>      Respondent and Appellant. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF** |

Pursuant to the authority granted under Montana Rule of Appellate Procedure 26(1), Appellee may file and serve Appellee's Answer Brief in this matter on or before October 13, 2023.

ELECTRONICALLY DATED AND SIGNED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 12 2023